IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

ROYAL CARIBBEAN CRUISES LTD.,                          Case No. 13-020307 CA 15

       Plaintiff,

vs.

HUGE, LLC,

       Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT
COURT FORT THE SOUTHERN DISTRICT OF FLORIDA**

    YOU ARE HEREBY NOTIFIED of the filing of a Notice of Removal to the United States District Court for the Southern District of Florida, in the above-referenced case, in accordance with the provisions of 28 U.S.C. § 1441, *et seq*. A copy of Defendant's Notice of Removal is attached.

    PLEASE TAKE FURTHER NOTICE that, pursuant to the provisions of 28 U.S.C. § 1446, the filing of Defendant's Notice of Removal in the United States District Court, together with the filing of said Notice with this Court, effects the removal of this action, and the above captioned Court may proceed no further unless and until this case is remanded. *See* 28 U.S.C. § 1446(d).

[*Signature on following page*.]

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

Respectfully submitted,

COFFEY BURLINGTON, P.L.
*Counsel for Huge, LLC*
2699 South Bayshore Drive, Penthouse
Miami, Florida  33133
Tel:  305-858-2900
Fax:  305-858-5261


By:   /s/   Erika Handelson
Erika Handelson, Fla. Bar No. 91133
EHandelson@coffeyburlington.com
yvb@coffeyburlington.com
service@coffeyburlington.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished, this 9th day of October, 2013, by electronic mail to the following:

| | |
|---|---|
| Sanford L. Bohrer, Esq | Scott D. Ponce, Esq. |
| sbohrer@hklaw.com | sponce@hklaw.com |
| Holland & Knight, LLP | Holland & Knight, LLP |
| 701 Brickell Avenue, Suite 3000 | 701 Brickell Avenue, Suite 3000 |
| Miami, Florida  33131 | Miami, Florida  33131 |
| Tel:  (305) 374-8500 | Tel:  (305) 374-8500 |
| Fax:  (305) 789-7799 | Fax:  (305) 789-7799 |
| Secondary E-mail 1: sponce@hklaw.com | Secondary E-mail: estarling@hklaw.com |
| Secondary E-mail 2: estarling@hklaw.com | |
| | *Counsel for Royal Caribbean Cruises, Ltd.* |
| *Counsel for Royal Caribbean Cruises, Ltd.* | |

  /s/     Erika Handelson

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com